THE PEOPLE OF THE STATE OF NEW YORK ex rel. TURNER CONSTRUCTION COMPANY, Appellant, *v.* JACOB A. CANTOR et al., Constituting the Board of Taxes and Assessments of the City of New York, Respondents.

*Tax — when corporation engaged in construction of concrete buildings not a manufacturing corporation exempt from local assessment for taxation under section 219-j of article 9a of Tax Law.*

*People ex rel. Turner Constr. Co.* v. *Cantor,* 196 App. Div. 213, affirmed.

(Argued May 31, 1921; decided July 14, 1921.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 4, 1921, which unanimously affirmed an order of Special Term confirming an assessment for taxation upon personal property of the relator for the year 1919. The relator claimed that the assessment was illegal and void on the ground that it was a manufacturing corporation coming within article 9a of the Tax Law and was, therefore, exempt from local taxation under section 219-j of that article. Upon the evidence the Special Term held that the relator was in the business of constructing concrete buildings and was not within the terms of article 9-a of the Tax Law, nor entitled to exemption from local assessment provided by section 219-j of that article.

*Frederick Hulse* for appellant.

*John P. O'Brien,* Corporation Counsel (*William H. King* and *Max Salomon* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.